1  **WILDE & ASSOCIATES**
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  212 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   bk@wildelaw.com
5  Fax: 702 258-8787
   and
6  MARK S. BOSCO, ESQ.
7  Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
8  2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
9  Telephone: (602) 255-6000

10 HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation,
   Mortgage Pass-Through Certificates, Series 2006-18
11 11-70144

12                    **UNITED STATES BANKRUPTCY COURT**
13                            **DISTRICT OF NEVADA**

14 In Re:                                        BK-10-55019-gwz

15 Bernard Javier Almario and Minerva Reyes
16 Almario aka Maria minerva Almario            Chapter 7
              Debtors.

17

18                        **REQUEST FOR SPECIAL NOTICE**

19 TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

20     1.    This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring
21 that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

22 HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation,
23 Mortgage Pass-Through Certificates, Series 2006-18

24     2.    The address to which all such notices in the above-referenced proceeding should be sent
25 to its attorney of record at the addresses listed below:

26

Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

DATED this 10th day of January, 2011.

                                                 WILDE & ASSOCIATES

By: _____
                                           GREGORY L. WILDE, ESQ.
                                           Attorney for Secured Creditor
                                           212 South Jones Boulevard
                                           Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000
HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18
11-70144

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Bernard Javier Almario and Minerva Reyes Almario aka Maria minerva Almario<br><br>Debtors. | BK-10-55019-gwz<br><br>Chapter 7 |

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On __1/10/2011__ I served the following document(s):

   **REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X  a. ECF System

   Pro Se
   Attorney for Debtors

   Jeri Coppa-Knudson
   jcoppa-knudson@epitrustee.com
   Trustee

  X **b. United States mail, postage fully prepaid:**

    Bernard Javier Almario and Minerva Reyes Almario aka Maria minerva Almario
    P.O. Box 21197
    Reno, NV  89515
    Debtors

☐ **c. Personal Service**

  I personally delivered the document(s) to the persons at these addresses:

  ☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

  ☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

  Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

  Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 10th day of January, 2011.

By: *Jamie Miller*