

Entered on Docket
May 11, 2011

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**
_____

JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB #62
RENO, NV. 89509-4841
(775) 329-1528
jcoppa-knudson@epitrustee.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | CASE NO. BK-N-10-55019 |
| **ALMARIO, BERNARD JAVIER** | CHAPTER 7 |
| **ALMARIO, MINERVA REYES** | |
| | ORDER OF DISMISSAL |
| **Debtor(s).** | HEARING DATE: 4/29/2011 |
| _____/ | HEARING TIME: 3:00 P.M. |

    A hearing on Trustee's Motion and Notice for Order Dismissing Bankruptcy Case for Non-Compliance of Title 11, Section 521(4) having been held on the 29th day of April 2011 because Bernard Javier Almario and Minerva Reyes Almario have failed to comply with Bankruptcy Rule 4002 (1) and (4), as well as 11 U.S.C. Section 341 and Fed. R. Bank. P. 2003(a) the Trustee having appeared and for good cause appearing, no appearances or objection having been received by the debtors or debtors counsel;

    **IT IS HEREBY ORDERED** that the Order of Dismissal be entered for the above-captioned case.

    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**

Submitted by:

/s/ Jeri Coppa-Knudson
Jeri Coppa-Knudson, Trustee

###